# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| THELMA JANE HOWE, | : |
| DEBTOR. | : BANKRUPTCY NO. 09-10183 SR |
| THELMA JANE HOWE AND DONALD J. HOWE, | : |
| PLAINTIFFS, vs. | : |
| CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, AND BANK OF AMERICA, N.A., | : |
| DEFENDANTS. | : ADV. NO. 09-00010 |

# ORDER

**AND NOW,** upon consideration of Bank of America, N.A.'s Motion to Dismiss Complaint for Failure to State Claim Upon which Relief can be Granted, or in the Alternative, for Lack of Subject Matter Jurisdiction ("Motion to Dismiss") and Plaintiff's Motion for Permission to Amend Complaint ("Motion for Leave to Amend") and after a hearing with notice, it is hereby **ORDERED** that:

1. The Motion to Dismiss is **DENIED**; and

2. The Motion for Leave to Amend is **GRANTED IN PART and DENIED IN PART.**

3. Plaintiffs are granted leave to amend their complaint to allege that Mr. Howe transferred the $20,000 which he withdrew from his pension account to entireties property before it

        was utilized to make a payment to Creditors Interchange Management, LLC, on Debtor's Bank of America account.

4.    Plaintiffs are denied leave to amend their complaint to allege in Count III that Bank of America is vicariously liable for CIRM's alleged misconduct.

5.    Plaintiffs shall file their amended complaint, as allowed, on or before <u>Friday, July 10, 2009</u>.

6.    Defendants shall file a response to the amended complaint within ten (10) days afer service thereof.

By the Court:

_____
Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: <u>July 2, 2009</u>

<u>Counsel for Plaintiffs</u>
David A. Scholl, Esquire
6 St. Albans Avenue
Newtown Square, PA 19072

<u>Counsel for Defendant, Bank of America, N.A.</u>

2

William J. Becket, Esquire
Becket & Lee LLP
16 General Warren Blvd.
P.O. Box 3001
Malvern, PA 19355

Counsel for Defendant Creditors Interchange Receivable Management, LLC
Andrew M. Schwartz, Esquire
Marshall Dennehey Warner Coleman & Goggi
1845 Walnut Street
Philadelphia, PA 19103

Chapter 13 Trustee
Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606

United States Trustee
George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

Courtroom Deputy to Judge Raslavich
Nancy Mulvehill,