**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| THELMA JANE HOWE | : |
| DEBTOR(S) | : BANKRUPTCY NO. 09-10183 SR |
| THELMA JANE HOWE, AND DONALD J. HOWE | : |
| PLAINTIFF(S) | : |
| VS. | : |
| CREDITORS INTERCHANGE RECEIVABLES MANAGEMENT, LLC, AND BANK OF AMERICA, N.A. | : |
| DEFENDANT(S) | : ADVS. NO. 09-0010 |

## ORDER

**AND NOW,** upon consideration of Bank of America, N.A.'s Motion for Summary Judgment, the Plaintiff's Response thereto, all briefs, and after hearing held on September 2, 2009, for the reasons set forth in the foregoing Opinion, it is hereby

**ORDERED** that the Motion is granted. Judgment is entered in favor of Bank of America, N.A., and against the Plaintiff as to Count I of the Complaint.

By the Court:

_Stephen Raslavich_
Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: September 17, 2009

Counsel for Plaintiffs

Roger V. Ashodian, Esquire
Regional Bankruptcy Center of
Southeastern PA, P.C.
101 West Chester Pike, Suite 1A
Havertown, PA 19083

Counsel for Bank of America, N.A.

William J. Becket, Esquire.
BECKET & LEE LP
16 General Warren Blvd
P.O. Box 3001
Malvern, PA 19355

Counsel for Creditors Interchange
Receivables Management, LLC

Andrew M. Schwartz, Esquire
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
1845 Walnut Street
Philadelphia, PA 19103

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

Nancy Mulvehill, Courtroom Deputy to Judge Raslavich