## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| THELMA JANE HOWE | : |
| DEBTOR(S) | : BANKRUPTCY NO. 09-10183  SR |
| | |
| THELMA JANE HOWE, AND DONALD J. HOWE | : |
| PLAINTIFF(S) | : |
| VS. | : |
| | : |
| CREDITORS INTERCHANGE | : |
| RECEIVABLES MANAGEMENT, LLC, AND | : |
| BANK OF AMERICA, N.A. | : |
| DEFENDANT(S) | : ADVS. NO. 09-0010 |

## ORDER

**AND NOW,** upon consideration of Creditors Interchange Receivables Management, LLC's Motion for Summary Judgment, the Plaintiffs' Response thereto, the brief, after the opportunity for a hearing, and for the reasons set forth in the foregoing Opinion, it is hereby

**ORDERED** that the Motion is granted.  Summary judgment will be entered in favor of Creditors Interchange Receivables Management, LLC, and against the Plaintiffs as to Counts II and III of the Amended Complaint; and it is

**FURTHER ORDERED** that there being no remaining counts extant, the Amended Complaint is hereby dismissed.

By the Court:

_____
Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: November 3, 2009

Counsel for Plaintiffs

Roger V. Ashodian, Esquire
Regional Bankruptcy Center of
Southeastern PA, P.C.
101 West Chester Pike, Suite 1A
Havertown, PA 19083

Counsel for Creditors Interchange
Receivables Management, LLC

Andrew M. Schwartz, Esquire
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
1845 Walnut Street
Philadelphia, PA 19103

Counsel for Bank of America, N.A.

William J. Becket, Esquire.
BECKET & LEE LP
16 General Warren Blvd
P.O. Box 3001
Malvern, PA 19355

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106